AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 07, 2019*

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Alexis Alvaro RAMIREZ<br>COB: United States<br>YOB: 1999<br><br>*Defendant(s)* | Case No.<br>M-19-MJ-792-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/06/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 21.48 kilograms of Methamphetamine, a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 21.48 kilograms of Methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

/S/ Ali Muhiuddin
*Complainant's signature*

Ali Muhiuddin, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on: @ 5:46 PM

Date: __04/07/2019__

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

City and state: __McAllen, TX__

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On April 6, 2019 at approximately 2016 hours, Alexis Alvaro RAMIREZ (United States Citizen) while driving a vehicle applied for entry into the United States (U.S.) via the Donna, Texas, Port of Entry (POE). A Customs and Border Protection Officer (CBPO) obtained a negative declaration for narcotics and other items and referred RAMIREZ to secondary inspection.

During the secondary inspection, a Z-Portal scan indicated anomalies within a speaker box in the trunk of the vehicle. A CBP K-9 subsequently alerted to the odor of narcotics in the interior center console and trunk of the vehicle. Concealed in a speaker box within the trunk of the vehicle, CBPOs subsequently discovered seven brick shaped packages wrapped in plastic and two fire extinguishers containing a white substance which field tested positive for methamphetamine. The seven packages and the white substance extracted from within the fire extinguishers had a combined weight of approximately 21.48 kilograms.

On April 6, 2019, at approximately 2210 hours, Homeland Security Investigations (HSI) Special Agent (SA) Ali Muhiuddin and CBPO Lorenzo Botello interviewed RAMIREZ, who waived his Miranda Rights in writing. The interview was conducted in the Spanish language and translated by CBPO Botello. RAMIREZ stated the following in summary:

RAMIREZ was introduced to a subject in Mexico that solicited him to smuggle methamphetamine into the United States. On the morning of April 6, 2019, the subject confirmed RAMIREZ's interest to smuggle narcotics into the U.S. in exchange for $3,000 in compensation. In the evening of April 6, 2019, the subject provided a vehicle to RAMIREZ, which they were both aware contained narcotics. RAMIREZ did not know the amount and location of the narcotics within the vehicle, however knew it contained methamphetamine. RAMIREZ subsequently attempted to enter the U.S. in the said vehicle via the Donna POE.